**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill, and
Jon Litscher,

Respondents.

Civil No. 00-1381 ADM/AJB

**ORDER ON MOTION TO STRIKE PLEADINGS AND TO RECONSIDER**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on petitioner's motion to strike all pleadings from Assistant Attorney General Oeser, and to reconsider the addition of Jon Litscher as co-respondent in this action.

In his motion to strike all pleadings of Assistant Attorney General Oeser, petitioner generally argues that Oeser does not have contractual authority to represent the interests of respondent Brill, and essentially seeks to disqualify counsel. He does not allege any conflict of interest. The Court has reviewed petitioner's argument and concludes that it is without merit. Assistant Attorney General Oeser has been admitted pro hac vice [Docket No. 19] and may properly represent respondent Brill in this action. For reasons discussed below, petitioner's argument that Oeser can not represent respondent Litscher is moot. Petitioner's motion to strike all pleadings of Assistant Attorney General Oeser is **DENIED.** [Docket No. 25].

Petitioner suggests that the addition of respondent Litscher deprives the Court of personal jurisdiction in this case. The Court has reviewed petitioner's argument and concluded that it is without merit. Respondent Brill is petitioner's actual custodian. Because petitioner is legally a prisoner of the state of Wisconsin, respondent Litscher is his legal custodian, and is properly

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

included in this action. Petitioner's motion to reconsider the decision to add respondent Litscher is **DENIED.** [Docket No. 25]

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge