**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill, and
Jon Litscher,

Respondents.

Civil No. 00-1381 ADM/AJB

**ORDER ON MOTION TO ALLOW SUBMISSION OF ONE ORIGINAL COPY OF ALL PLEADINGS**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on petitioner's motion to allow petitioner to submit one original copy of all pleadings, and to have the court make the necessary copies and serve pleadings on respondent. [Docket No. 17]. Subject to the following conditions, petitioner's motion is **GRANTED**.

1. The motion is granted with respect to all documents already filed by petitioner as of the date of this order, and with respect to any response that petitioner may submit pursuant to this Court's Order to Show Cause Why Petition Should Not Be Dismissed. [Docket No. 23].

2. Petitioner is hereby prohibited from filing **any additional documents** in this action without the express order or authorization of the Court. If petitioner believes further motions or filings are necessary, he must write a letter to the Court describing the filing he wishes to make and concisely stating the basis for the submission. **Petitioner may make his additional motion or filing only if the Court, upon receipt of the letter, expressly authorizes him to do so.** In no event will the Court accept any unauthorized filings from petitioner.

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. The Clerk of Court shall mail one copy of authorized submissions to respondent Litscher. The Court will consider and serve no more than thirty-five (35) pages of any authorized submission. **Petitioner is required to maintain his own copy of his pleadings and submissions. Copies of previous filings will be provided to him by the Clerk of Court only at petitioner's expense and pursuant to the Clerk's policy regarding copy charges.**

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge