**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill, and
Jon Litscher,

Respondents.

Civil No. 00-1381 ADM/AJB

**ORDER ON MOTION TO ENLARGE TIME TO MAKE RETURN BY FOUR DAYS**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on Respondent Litscher's motion to enlarge time to make return by four days. [Docket No. 20]. The Court finds that good cause for an extension of time has been shown. It is **HEREBY ORDERED** that Respondent Litscher's motion to enlarge time is **GRANTED**, thereby allowing respondent's return to be filed on August 11, 2000.

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______