**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill, and
Jon Litscher,

Respondents.

Civil No. 00-1381 ADM/AJB

**ORDER TO PETITIONER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on respondent's motion to dismiss petitioner's claim. [Docket No. 22]. Petitioner is hereby ordered to **show cause** why respondent's motion should not be granted. Petitioner's response shall not exceed thirty-five (35) pages in length, **including memorandum and all exhibits, indices, appendices, attachments, and addendums**, and shall in no event include any materials previously submitted by either party. Petitioner's response shall be filed no later than September 25, 2000.

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________