**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill, and
Jon Litscher,

Respondents.

Civil No. 00-1381 ADM/AJB

**ORDER TO RESPONDENT TO SHOW CAUSE RE: LEGAL MATERIALS STORAGE**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on petitioner's motion to compel respondent Brill to allow petitioner to possess multiple boxes of legal materials in his cell while this action is pending before the Court. [Docket No. 18]. Respondent is hereby ordered to **show cause** why petitioner's motion should not be granted in part. The Court is persuaded that respondent may limit the amount of legal materials petitioner may possess in his cell. See *Murphy v. Dowd*, 757 F.Supp. 1019, 1020 (E.D.Mo. 1990). Respondent shall advise the Court on its policy regarding storage of, and prisoner access to, legal materials in excess of the one box limit, and shall further provide a brief, concise argument in support of its policy and the application of that policy in this instance. Petitioner has made his argument regarding this matter. Pursuant to Local Rule 7.1(a) and (f), which do not provide for a reply memorandum by the moving party on non-dispositive motions, the Court will not consider any further argument from petitioner on this motion.

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK