**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Petitioner,

v.

Hoyt A. Brill,
Jon Litscher,

Respondent.

Civil No. 00-1381 ADM/AJB

**ORDER ON MOTION FOR JUDGMENT ON THE PLEADINGS**

---

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on petitioner's motion for judgment on the pleadings. Petitioner has filed a petition for a writ of habeas corpus. [Docket No. 1]. Pursuant to the Court's Order dated July 6, 2000 [Docket No. 11], respondents were given until August 7, 2000 to file a response. Respondents filed their response along with a motion to enlarge time to respond by four days on August 11, 2000. Upon review, the Court concluded that sufficient good cause to enlarge time had been shown and by Order dated August 21, 2000, the motion to enlarge time by four days was granted. [Docket No. __]. Consequently, respondents' answer was filed timely and petitioner's motion for judgment on the pleadings is **MOOT.**

Dated: 8/21/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______