UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

James R. Schultz,

Civil No. 00-1381 ADM/AJB

Petitioner,

v.

**ORDER SETTING DEADLINE**

Hoyt A. Brill and
Jon E. Litscher,

Respondents.

Respondents are **HEREBY ORDERED** to submit a response, in accordance with the Court's request for information and argument regarding the policy at Prairie Lakes Detention Facility concerning possession of inmate legal materials in the cell and policy regarding storage of inmate legal materials, on or before September 25, 2000. This matter will be considered ripe for determination upon receipt of this response

Dated: 9/4/00

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________