**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

James R. Schultz,

Civil No. 00-1381 ADM/AJB

Petitioner,

v.

Hoyt A. Brill and
Jon E. Litscher,

**ORDER ENLARGING TIME FOR RESPONDENT'S REPLY**

Respondents.

Counsel for respondent Litscher has requested additional time in which to reply to petitioner's response to the motion to dismiss, asserting good cause based upon counsel's involvement in an automobile accident and his consequent injuries. The Court, having reviewed the file and the submissions of the parties, **finds** that respondent has shown good cause for an extension of the time for submitting a response.

It is **HEREBY ORDERED** that respondent's motion for enlargement of time is **granted** [Docket No. 44]. Respondent Litscher shall submit a response to the Court's request for information and argument regarding the policy at Prairie Lakes Detention Facility concerning possession of inmate legal materials in the cell and policy regarding storage of inmate legal materials, on or before October 16, 2000. With respect to matters involving the merits of petitioner's conviction, including claims alleged and issues raised in petitioner's traverse to respondent's motion to dismiss, petitioner's response to show cause order, and petitioner's supporting affidavits, the Court seeks no response at this time. Neither the respondent nor the



FILED SEP 27 2000
FRANCIS ... CLERK
JUDGMENT ...
DEPUTY CLERK

petitioner shall submit any further argument or supporting documentation relating to the merits of the conviction, except at the direction of the Court.

It is **FURTHER ORDERED** that petitioner's motion for status conference is **denied** [Docket No. 35], and petitioner's motion to compel the clerk of court to comply is **denied as moot** [Docket No 39].

Dated: 9/26/00

Arthur J. Boylan
United States Magistrate Judge