# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James R. Schultz

Plaintiff

v.

Hoyt A. Brill, Warden,
Prairie Correctional Facility,
and Jon E. Litscher, Secretary,
Wisconsin Department of Corrections

Defendants

Case No. Civil 00-1381 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that October 10, 2000 R&R of Magistrate Judge Boylan is adopted in its entirety. Petitioner's motion to allow Petitioner to submit an addendum is granted, Petitioner's motion to strike is granted, Petitioner's original habeas corpus petition is stricken; Petitioner's Addendem is addressed as an amended petition. Respondents' motion to dismiss this action is granted. Petitioner's motion for an order compelling Respondent Brill to allo Petitioner multiple boxes of legal materials while this action is pending the court is denied. This action is dismissed without prejudice.

DATE: November 15, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk